IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAULA BARNES                                                               PLAINTIFF

v.                            Civil No. 4:24-cv-04113

RIMCOR, INC.                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's *in forma pauperis* motion. ECF No. 3. Considering Plaintiff's *in forma pauperis* motion, the Court finds it is well-taken and should be **GRANTED**, and Plaintiff may proceed in this case without payment of the filing fee.

The Court also **GRANTS** Plaintiff's Motion for Service. This Court directs the U.S. Marshal to serve a copy of the Complaint filed on November 1, 2024 (ECF No. 2) and a copy of this order on Defendant by serving Defendant's Registered Agent for service at the following address:

    Corporation Service Company
    300 Spring Street Suite 900
    Little Rock, AR 72201

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**ENTERED this 7th day of November 2024.**

                                                                       **/s/ Barry A. Bryant**
                                                                       HON. BARRY A. BRYANT
                                                                       UNITED STATES MAGISTRATE JUDGE